IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL VANCE CULPEPPER,<br><br>Defendant. | CRIMINAL NO. RDB-23-427 |

GOVERNMENT'S SENTENCING MEMORANDUM

Defendant Michael Vance Culpepper preyed on two victims whom he believed were just 13 and 14 years old for his own sexual gratification. Not only did Culpepper send sexually explicit messages and request explicit photos from the victims, he arranged to meet both victims to entice them into sexual contact. Worse, Culpepper engaged in contact with the second victim just eighteen days after being arrested and placed on pretrial release from state charges for sexual solicitation of a minor. Culpepper's exploitive and dangerous conduct warrants a sentence of 144 months and 25 years of supervised release. Such a sentence would protect the community from Culpepper, who has demonstrated an ongoing, compulsive sexual attraction to vulnerable minors.

I.   BACKGROUND

A.   **Procedural History**

On November 29, 2023, Culpepper was indicted by a federal grand jury for two counts of Coercion and Enticement of a in violation of 18 U.S.C. § 2422(b) (Counts One and Two) and one count of Transfer of Obscene Material to Minor in violation of 18 U.S.C. § 1470 (Count Three).

On August 21, 2024, Culpepper pleaded guilty to Coercion and Enticement of Minor Victim 2 (Count Two). The defendant pled guilty pursuant to Rule 11(c)(1)(C). If the Court accepts the "C" plea, the defendant will receive a sentence of no more than 151 months. (*See* Plea Agreement, ECF No. 29; Sealed Supplement, ECF No. 30). United States Probation Officer

Melissa McGuinness prepared the Presentence Report (ECF No. 34), which provides for a final offense level of 29, a criminal history category of I, and an advisory guidelines range of 87-108 months. The government agrees with the guideline calculation in the Presentence Report (PSR).

**B.    Factual Background**

    **1.    Culpepper's Online Enticement of 13-year-old Chloe (Count One)**

On April 14, 2023, Culpepper, age 55, initiated online contact with "Chloe," an undercover law enforcement officer posing as a 13-year-old girl. Culpepper used the online chat application Chatiw to send Chloe sexually explicit messages. Chloe specifically told Culpepper, "I'm 13."

At the beginning of the chats, Culpepper sent Chloe a photograph of himself:



Culpepper then sent Chloe a litany of messages to coerce her into engaging in sexually explicit chats, for instance:

> "Do you like to be pleasured by older men? Shhh."
>
> "Love spoiling girls your age."
>
> "Fun to teach and let young girls know how to really experience pleasure."
>
> "Your pussy getting a little wet there girlie? That happens you know when a girl gets excited."
>
> "I want to please you, Chloe. Any and every way u can imagine."
>
> "Cuz I am good at turning girls on. Particularly in real life."

Culpepper's messages escalated to soliciting explicit photographs and asking Chloe to destroy the photos and chats: "A pic of those panties on you?  I won't tell.  And u can delete and the[n] delete again from trash after."  From there, Culpepper continued to try and coerce Chloe into a meeting, emphasizing the importance of "discretion and caution" so that he could avoid "get[ting] in trouble."  He told Chloe that she needed to hide the chats from her parents, writing, "you DEFINITELY need to delete these texts when we are done."

As outlined in the stipulation of facts, Culpepper's messages became increasingly sexual as he attempted to arrange an in-person meeting.  He asked her to send "naughty" photos and described that when he met Chloe (who he believed to be 13 years old), he would "kick and lick her," "slowly undress [her] and kiss everything that gets revealed."  Culpepper told Chloe that he wanted to make her "cum in [her] own bed."

On May 8, 2023, Culpepper arranged to meet Chloe in person.  They chose a restaurant in Hanover, Maryland, and Culpepper drove 50 miles to get there.  When he arrived, Culpepper was arrested and charged with sexual solicitation of a minor in the District Court for Anne Arundel County.  Investigators searched Culpepper's phones and located the full text communications between Culpepper and Chloe, a contact with Chloe's name and number, Google searches of Chloe's last name, a note with the name and address of the restaurant, and Waze GPS data showing two trips to the restaurant – on May 7, 2023 *and* May 8, 2023.

On May 9, 2023, Culpepper was placed on pretrial release and ordered not to have contact with minors.

2. **Culpepper's Online and In-Person Exploitation of 14-year-old Jane Doe 1 (Counts Two and Three)**

Culpepper was not deterred by his May 8th arrest.  Just eighteen days after being arrested and released, he got a new phone, downloaded the Y99 chat application, and initiated contact with

3

Jane Doe 1, a 14-year-old female in Hagerstown, Maryland. Culpepper, using the Y99 account handle "Bored_MD_Guy," exchanged hundreds of messages with Jane Doe 1. Jane Doe 1 told Culpepper she was just 14 years old. Culpepper told her, "need to make sure you are real and not an undercover cop pretending to be a young girl," because he had "got[ten] busted for that recently." Knowing Jane Doe 1 was only 14, Culpepper pressured Jane Doe 1 to send him naked photos. Culpepper also sent Jane Doe 1 sexually explicit messages, including:

> "Would u like [me] to lick your pussy for real?"
>
> "Pull up that shirt some and take another [picture]."
>
> "Would still like a naughty selfie. Maybe just an R rated one."

Culpepper and Jane Doe 1 exchanged sexually explicit photographs, including a tribute photo of Culpepper's erect penis in front of a laptop screen displaying Jane Doe 1's bare breasts.

After discussing when Jane Doe 1 would be free, Culpepper arranged to meet in-person with Jane Doe 1 on May 28, 2023. He told her, "Remember, I will be looking to feel u up and down before, during and after any spanking. Hoping I can get u turned on more than u think will happen." Culpepper then drove to a parking lot near Jane Doe 1's home and told her to come outside. Culpepper drove Jane Doe 1 around for approximately one hour before stopping at a park. Culpepper asked to see Jane Doe 1's breasts, and she said no. He then offered to let Jane Doe 1 use a vaping device in exchange for touching her breasts – Jane Doe 1 refused. Culpepper then drove Jane Doe 1 to a Dairy Queen and bought her ice cream. While the two ate ice cream in his car in the parking lot, Culpepper started rubbing Jane Doe 1's thigh and asked her to touch him. Jane Doe 1 again refused, and Culpepper drove her back home.

After their meeting, Culpepper expressed disappointment that they did not have any sexual contact and Jane Doe 1 wrote, "you kept asking to see and feel my tits," explaining, "you only

wanting to do that made me uncomfortable." Culpepper continued to send Jane Doe 1 messages in an attempt to entice Jane Doe 1 into engaging in sex acts with him, including:

> Culpepper: U want me to slowly and gently push my hard dick a little bit into that wet pussy? The first time can be a little painful when it gets deeper. But u sorta think u like a little pain so might be another good mix of pain and pleasure for you.

> Culpepper: Look, [Jane Doe 1], you already know I want down your pants. You also know I will behave if u ask me to. So.why not take advantage of me. Im bored and lonely. You are at least bored. The company will be good for both of us.

On May 28, 2023, the same day as their meeting, Culpepper sent three images of his penis to Jane Doe 1 with the following messages:

> [image sent] "He got this way thinking of your breasts."

> [image sent] "And now thinking of your ass. I want to spank your bare ass badly now, [Jane Doe 1]."

> [image sent] "You want a nibble? Take a little lick."

An arrest warrant was issued in Anne Arundel County for violation of Culpepper's pretrial release conditions. Culpepper was arrested and investigators seized his new iPhone. The phone had artifacts of the Y99 application, a note with Jane Doe 1's full name and address as well as Jane Doe 1's father's name, and Waze GPS data for Jane Doe 1's home, the Dairy Queen where he bought Jane Doe 1 ice cream, and the park they visited.

On August 7, 2023, Culpepper's family member gave investigators consent to search her silver and black HP laptop at her home in Hagerstown, where Culpepper lived after being placed on pretrial release. The laptop was located in the room where Culpepper stayed and contained numerous Google searches for Jane Doe 1's name, the name of Jane Doe 1's father, and how to permanently delete "yahoo mail" and "wikr" accounts.

**C.      Advisory Guideline Calculation**

The government agree with the guidelines calculations outlined in the Presentence Report (ECF No. 34), described below:

**1.      Group One: Coercion and Enticement of a Minor, "Chloe" (Count One)**

<u>Applicable Statutes:</u>              <u>Maximum Penalty:</u>
18 U.S.C. § 2422(b)                   Life imprisonment

Guidelines calculation:

| | |
|---|---|
| Pursuant to U.S.S.G. § 2G1.3(a)(3), the base offense level for coercion and enticement of a minor is 28. | 28 |
| Pursuant to U.S.S.G. § 2G1.3(b)(3)(A), there is a two (2) level increase because the offense involved the use of a computer or interactive service to persuade, induce, entice, coerce, or facilitate the travel of the minor to engage in prohibited sexual conduct. | 2 |
| Adjusted Offense Level: | 30 |

**2.      Group Two: Coercion and Enticement of a Minor, Jane Doe 1 (Count Two)**

<u>Applicable Statutes:</u>              <u>Maximum Penalty:</u>
18 U.S.C. § 2422(b)                   Life imprisonment

Guidelines calculation:

| | |
|---|---|
| Pursuant to U.S.S.G. § 2G1.3(a)(3), the base offense level for coercion and enticement of a minor is 28. | 28 |
| Pursuant to U.S.S.G. § 2G1.3(b)(3)(A), there is a two (2) level increase because the offense involved the use of a computer or interactive service to persuade, induce, entice, coerce, or facilitate the travel of the minor to engage in prohibited sexual conduct. | 2 |
| Adjusted Offense Level: | 30 |

**3.      Group Three: Transfer of Obscene Materials to a Minor, Jane Doe 1 (Count Three**

<u>Applicable Statutes:</u>              <u>Maximum Penalty:</u>
18 U.S.C. § 1470                      10 Years

6

Guidelines calculation:

| | |
|---|---|
| Pursuant to U.S.S.G. § 2G3.1(a), the base offense level for transfer of obscene materials to a minor is 10. | 10 |
| Pursuant to U.S.S.G. § 2G3.1(b)(1)(E), there is a seven (7) level increase because the offense involved distribution of a minor that was intended to persuade, induce, entice, coerce, or facilitate the travel of the minor to engage in prohibited sexual conduct. | 7 |
| Pursuant to U.S.S.G. § 2G3.1(b)(3), there is a two (2) level increase because the offense involved the use of a computer or an interactive computer service. | 2 |
| Adjusted Offense Level: | 19 |

**4.   Grouping**

The offense level for the count of conviction is 30 (Group Two), and there is one group with the same offense level (Group One), and one group that is 9 or more levels less serious (Group Three), for a total of two units. Thus, the offense level is increased by two levels pursuant to U.S.S.G. § 3D1.4, prior to reductions for acceptance of responsibility, to 32.

**5.   Guideline Calculation**

The adjusted offense level after acceptance of responsibility (U.S.S.G. § 3E1.1(a) & (b)) is 39. Culpepper is a Criminal History Category I. Pursuant to U.S.S.G. § 5A1.1, a Level 29, Criminal History Category I carries a range of imprisonment of 87-108 months, with a mandatory minimum sentence of 10 years under 18 U.S.C. § 2422(b).

**D.   Analysis of Factors under 18 U.S.C. § 3553**

The nature and circumstances of Culpepper's offense warrants a sentence of 144 months. Culpepper targeted two victims whom he believed to be just 13 and 14 years old and pressured them to send sexually explicit messages and photographs, and to meet in-person in an attempt to entice them into sexual contact.

Culpepper clearly knew his conduct was wrong. He repeatedly told the victims to delete their chats and lie to their families about talking to him. Culpepper was well aware of the victims' ages and was enthusiastic at the prospect of engaging in sexual activity with young girls. And even after Culpepper was charged with sexual solicitation of a minor in Anne Arundel County, he chose *within days* to seek out and initiate contact with Jane Doe 1. Moreover, Culpepper knew Jane Doe 1 was especially vulnerable, as she disclosed to him that she was previously a victim of rape. Knowing this, Culpepper nevertheless pressured Jane Doe 1 to send him more and more sexual photographs of herself to satisfy his own uneasiness that Jane Doe 1 might be law enforcement. He knew from messages with Jane Doe 1 that she was not in an ideal living situation and felt alienated from her aunt who was caring for her. He chose to pressure her to sneak out under false pretenses for his own sexual gratification, with no care about the impact that his conduct would have on her. Culpepper's conduct shows that the public needs to be protected from him, and he needs to be deterred from ever again taking sexual advantage of a vulnerable minor.

An above guidelines sentence is appropriate in this case. Just eighteen days after his first arrest, Culpepper got a new phone and found a new victim—this time, an actual underaged girl. And he was adamant that he find a *real* girl his second go-around, sending her several messages requesting sexual photographs that would prove, to Culpepper's satisfaction, that he was not talking to an undercover agent. Culpepper did not care about the consequences of his actions. He did not care about the real harm he would inflict by exploiting an actual minor victim. He did not care about worsening the already fragmented relationship he had with his family after getting in trouble the first time. He cared only about his own sexual gratification.

Culpepper's conduct demonstrates a disrespect for the criminal justice system, the system that attempted to stop Culpepper before he traumatized an actual minor. What's more, it shows

that Culpepper is truly not in control of his compulsions. He poses a significant risk to the community, and his choices warrant a sentence above guidelines.

Accordingly, a sentence of 144 months in prison is a just punishment that reflects the seriousness of Culpepper's crimes, and will send a message to the victim and the public that conduct such as Culpepper's will result in serious criminal consequences. Finally, a term of 25 years of supervised release will keep Culpepper from having unmonitored contact with children after his release, affording the public an additional and necessary layer of protection.

## II. CONCLUSION

In light of all the factors set forth above, the government respectfully asks this Court to sentence Michael Vance Culpepper to 144 months' imprisonment, followed by supervised release for 25 years. The Court must also inform the defendant of his statutory responsibility to register as a sex offender, impose a $100 special assessment, and enter a final order of forfeiture.

Very truly yours,

Erek L. Barron
United States Attorney

Reema Sood
Assistant United States Attorney
Paul E. Budlow
Assistant United States Attorney